PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO & VICINITY CARPENTERS' FRINGE BENEFIT FUNDS, INC., | ) ) ) | CASE NO. 4:13CV2277 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| DSV BUILDERS, INC., | ) ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 6] |

Plaintiff Ohio & Vicinity Carpenters' Fringe Benefit Funds, Inc. brings this action to recover delinquent fringe benefit contributions under the provisions of § 301 of the Labor Management Relations Act of 1947 ("LMRA"), as amended, 29 U.S.C. § 185, and § 502(a)(3), (e) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1132(a)(3), (e) and (f). Complaint (ECF No. 1) at ¶ 1.

Pending is Plaintiff's Motion for Default Judgment (ECF No. 6), filed on December 2, 2013. The Court has been advised, having read the file and reviewed the applicable law.

Defendant was duly served with summons and the Complaint (ECF No. 1) by certified mail, *see* ECF No. 4; but, has failed to plead or otherwise defend. On December 18, 2013, the Clerk entered the default of DSV Builders, Inc., pursuant to Fed. R. Civ. P. 55(a). *See* ECF No. 8. For good cause shown, Plaintiff's Motion for Default Judgment (ECF No. 6) is granted.

(4:13CV2277)

Plaintiff is entitled to the costs of the action, together with a reasonable attorney's fee pursuant to 29 U.S.C. § 1132(g)(2). *See* ECF No. 6-4. The Court finds that the requested attorney's fee in the amount of $540.00 is reasonable.

Final Judgment will be entered in favor of Plaintiff Ohio & Vicinity Carpenters' Fringe Benefit Funds, Inc. against Defendant DSV Builders, Inc., in the amount of $1,960.14.

The Clerk is directed to issue a copy of this Order by regular mail to DSV Builders, Inc., c/o Dominic L. Gatta, III, 1544 North Main Street, Niles, Ohio 44446.

IT IS SO ORDERED.

| | |
|---|---|
| December 31, 2013 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |

O:\ecf\Terri M\BYP Filings\13-2277 OH & Vicinity v. DSV Builders Order.wpd